**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
Jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>WESLEY FINANCIAL GROUP, LLC; and INFOLINK COMMUNICATIONS GROUP,<br><br>Defendants. | Case No.: 13-CV-00554-LAB (KSC)<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT REGARDING PLAINTIFF'S CLAIMS AGAINST INFOLINK COMMUNICATIONS GROUP ONLY** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis as to Plaintiff Timothy Barrett's ("Plaintiff") claims against Defendant InfoLink Communications Group ("InfoLink") Only.

Plaintiff and InfoLink anticipate filing a Joint Motion for Dismissal with prejudice as to the Plaintiff's individual claims against InfoLink and without prejudice as to the putative class members' claims against InfoLink within 40 days.

Plaintiff requests that the Court set a deadline on or after July 14, 2014, for Plaintiff and InfoLink to file a Joint Motion to Dismiss InfoLink from this action.

This notice of settlement does not apply to Plaintiff's individual and putative class claims against Defendant Wesley Financial Group, LLC.

                                                      Respectfully submitted,

Dated: June 4, 2014                       **KAZEROUNI LAW GROUP, APC**

                                                    BY: /S/ ABBAS KAZEROUNIAN
                                                            ABBAS KAZEROUNIAN, ESQ.
                                                            ATTORNEY FOR PLAINTIFF