**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BARRETT, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**WESLEY FINANCIAL GROUP, LLC.; and INFOLINK COMMUNICATIONS GROUP,**<br><br>Defendants. | Case No.: 13-cv-00554-LAB-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3)**<br><br>**Date:** August 4, 2014<br>**Time:** 11:30 a.m.<br>**Place:** 14A<br>**Judge:** Hon. Larry Alan Burns |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 4, 2014 at 11:30 a.m., before the United States District Court, Southern District of California, Courtroom 14A, 333 West Broadway, San Diego, CA 92101, Timothy Barrett ("Plaintiff") will move this Court for an order granting Plaintiff's Motion for Class Certification against Wesley Financial Group, LLC ("Defendant") pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3) concerning violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.

Plaintiff will move the Court to certify a 47 U.S.C. § 227(b)(1)(A)(iii) class consisting of:

> All persons within the United States who had or have a number assigned to a cellular telephone service, who received at least one call from InfoLink Communications Group on behalf of Wesley Financial Group, LLC using an automatic telephone dialing system and/or an artificial or prerecorded voice on March 1, 2013, who were not customers of Wesley Financial Group, LLC.

This motion is made pursuant to the Fed. R. Civ. P. 23(b)(2) and (b)(3), a hybrid class action, on the grounds that the Fed. R. Civ. P. 23 requisites are satisfied, and that Wesley Financial Group, LLC be ordered to comply with 47 U.S.C. § 227(b)(1)(A)(iii).

///
///
///
///
///
///
///

1  This motion is based upon this notice, the accompanying memorandum of
2  points and authorities, the declarations and exhibits thereto, the First Amended
3  Complaint, all other pleadings and papers on file in this action, and upon such
4  other evidence and arguments as may be presented at the hearing on this matter.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: June 19, 2014                By: /s/ Abbas Kazerounian
                                   Abbas Kazerounian
                                   *Attorney for Plaintiff*