# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BARRETT,<br><br>                              Plaintiff,<br>  vs.<br>WESLEY FINANCIAL GROUP, LLC,<br><br>                             Defendant. | CASE NO. 13cv554-LAB (KSC)<br><br>**ORDER DISMISSING DEFENDANT INFOLINK COMMUNICATIONS GROUP** |

The parties' joint motion to dismiss claims against Defendant InfoLink Communications Group (Docket no. 54) is **GRANTED**. Plaintiff Timothy Barrett's claims against InfoLink are **DISMISSED WITH PREJUDICE** and the claims of the putative class against InfoLink are **DISMISSED WITHOUT PREJUDICE**. InfoLink is **DISMISSED** as a party to this action, and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: September 11, 2014

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge