1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TIMOTHY BARRETT,                          CASE NO. 13cv554-LAB (KSC)

12 |                         Plaintiff,        **ORDER OF DISMISSAL**

vs.

13 | WESLEY FINANCIAL GROUP, LLC,

14 |                         Defendant.

15

16   The joint motion to dismiss (Docket no. 99) is **GRANTED**.  Pursuant to Fed. R. Civ.

17 P. 41(a), Plaintiff Timothy Barrett's claims are **DISMISSED WITH PREJUDICE**.  The claims

18 of the putative class members are **DISMISSED WITHOUT PREJUDICE**.  This action is

19 **DISMISSED**, and all pending motions and requests are **DENIED AS MOOT**.  The Clerk is

20 directed to terminate the case and close the docket.

21

22   **IT IS SO ORDERED**.

23 DATED:  March 25, 2016

24

25   **HONORABLE LARRY ALAN BURNS**
United States District Judge

26

27

28